NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CHRISTY SIMENTAL, *Petitioner*.

No. 1 CA-CR 24-0328 PRPC

FILED 04-24-2025

Petition for Review from the Superior Court in Maricopa County
No. CR 1994-010747
The Honorable Sunita Cairo, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Johnny Jacquez
*Counsel for Respondent*

Mitchell Stein Carey Champman, PC, Phoenix
By Barry D. Mitchell, Kathleen E. Brody
*Co-Counsel for Petitioner*

Post-Conviction Clinic Sandra Day O'Connor College of Law, Phoenix
By Randal McDonald, Robert J. Dormady, Andi Humphreys, Jill Logan
(certified limited practice student)
*Co-Counsel for Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer M. Perkins, Judge James B. Morse Jr., and Judge D. Steven Williams delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**          Petitioner Christy Simental seeks review of the superior court's order denying her petition for post-conviction relief.   This is petitioner's fifth successive petition that is suitable for review.  *See State v. Simental*, 2 CA-CR 2020-0163-PR, 2020 WL 5807513 (Ariz. App. Sept. 30, 2020) (mem. decision) (denying review for failure to comply with rules governing post-conviction relief petitions).

**¶2**          Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.   We find that petitioner has not established an abuse of discretion.

**¶4**          We grant review and deny relief.



**MATTHEW J. MARTIN • Clerk of the Court**
**FILED**:          JR

2